HENRY HENDRICKSON, Respondent, v. CARTER & WEEKES STEVEDORING COMPANY, Appellant, and UNITED PORT SERVICE, INC., Defendant, Respondent-Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.